# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL MIRANDA | Case No.: 8:21-CV-00007-JVS-DFM |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE [41]** |
| vs. | |
| CITY OF SANTA ANA; SANTA ANA POLICE DEPARTMENT; POLICE OFFICER B. SHANE (#3327). Individually and in his official capacity as a police officer with the City of Santa Ana and Santa Ana Police Department; POLICE OFFICER R. BELL (#3518), individually and in his official capacity as a police officer with the City of Santa ana and Santa Ana Police Department | |
| Defendants. | |

ORDER TO DISMISS COMPLAINT
PURSUANT TO FRCP 41(a)(1)(A)(ii)

1 | IT IS HEREBY ORDERED that this entire action against all defendants, served or unserved, be dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: February 10, 2022  _____
Honorable James V. Selna
United States District Judge